**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| THERESA J. TARMOH | : |
| Plaintiff | : |
| v | :  Civil Action No. PJM-06-2868 |
| GEORGE W. BUSH | : |
| Defendant | : |

o0o

**MEMORANDUM**

The above-captioned civil rights action was filed on November 1, 2006, together with a Motion to Proceed In Forma Pauperis. Because she appears to be indigent, Plaintiff's motion shall be granted.

Plaintiff claims she was defrauded by Reverend Peter Popoff of Upland, California who induced her to donate money to his church in return for his promise that she would have good luck. Paper No. 1. She further claims that she has experienced harassment as a result of her claim against Reverend Popoff, including denial of governmental welfare benefits and involuntary commitment to a mental health facility. The only Defendant named by Plaintiff is President George W. Bush. There are no allegations stating that President Bush has participated in causing Plaintiff harm, nor is there a discernible federal issue presented. Accordingly, the Complaint will be dismissed for failure to state a claim upon which relief may be granted.

A separate Order follows.

/s/
PETER J. MESSITTE
November 20, 2006                             UNITED STATES DISTRICT JUDGE